**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 30, 2026

Ms. Misty Ann Keele
2677 H.E. Johnson Road
Bowling Green, KY 42103

Re: Case No. 26-5866
*Misty Keele v. U.S. Trustee*
Originating Case No. 1:26-cv-001211:18-bk-111841:23-ap-11184

Dear Ms. Keele,

This appeal has been docketed as case number **26-5866** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following case opening items are due by **October 14, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliation
Application for Admission to 6th Circuit Bar (if applicable)

You have until **October 14, 2026** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with the U.S. District Court. **Failure to do one or the other may result in the dismissal of the appeal without further notice**.

The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

Sincerely,

s/Kelly Stephens
Appeal Case Manager: Michelle
Direct Dial No. 513-564-7035

cc: Mr. Timothy E. Ruppel

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-5866**

In re: MISTY ANN KEELE

Debtor

------------------------------

MISTY ANN KEELE

Plaintiff - Appellant

v.

U.S. TRUSTEE

Defendant - Appellee